THE TIMES PUBLISHING COMPANY, a corporation organized and existing under the laws of THE STATE OF FLORIDA, v. T. W. ROWLAND, C. T. FELIX, FLO. B. DILLMAN, and R. F. CREGO, each individually and as Directors of Alpha Holding Corporation, a corporation organized and existing under the laws of the State of Florida, and ALPHA HOLDING CORPORATION, a corporation organized and existing under the laws of the State of Florida.

36 So. (2nd) 419                 June Term, 1948
July 30, 1948                        Division A

*Austin L. Richardson,* for plaintiff.

*W. G. Ramseur,* for defendants.

PER CURIAM:

The answer to the question propounded under Rule 38 of this court is denied because the question is not one coming within the rule enunciated by this court in Schwob Company v. Florida Industrial Commission, 152 Fla. 203, 11 So. (2nd) 782 and similar cases.

THOMAS, C. J., TERRELL, CHAPMAN and SEBRING, JJ., concur.